Electronically Filed

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

### CIVIL ACTION NO. 06-CV-141 (DLB)

| | ) | |
|---|---|---|
| In Re: Insurance Premium Local | ) | Hon. David L. Bunning |
| Tax Litigation | ) | |
| | ) | |

_____
### NOTICE OF EXPERT WITNESS COMPLIANCE
_____

Plaintiffs, by counsel, provide notice that on today's date they served their pre-certification expert witness disclosures in compliance with the Court-ordered deadline of April 15, 2008 [ECF DOC. # 284]. The report is not being filed with the Court at this time pursuant to Federal Rules 5(d), 26(a)(2) and 26(a)(4).

Respectfully submitted:

**NORDLOH LAW OFFICE, PLLC**

s/ *Christopher S. Nordloh*_____
Christopher S. Nordloh
28 West 5th Street
Covington, Kentucky 41011
Telephone: (859) 491-9991
Fax: (859) 491-0187
Email: chrisnordloh@nordlohlaw.com

John C. Whitfield
**WHITFIELD & COX PSC**
29 E. Center Street
Madisonville, KY 42431
Telephone: (270)-821-0656
Fax: (270)-825-1163
Email: jcw@vci.net

Electronically Filed

        Alexander F. Edmonson
        Jason V. Reed
        **EDMONSON & ASSOCIATES**
        28 W. Fifth Street
        Covington, KY 41001
        Telephone: (859) 491-5551
        Fax: (859) 491-0187
        Email: alexedmondson@fuse.net
        jayvincent@yahoo.com

        Gary E. Mason
        **THE MASON LAW FIRM LLP**
        1125 19th Street N.W., Suite 500
        Washington, DC 20036
        Telephone: (202) 429-2290
        Fax: (202) 429-2294
        Email: gmason@masonlawdc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15th, 2008, a copy of the foregoing was sent to all counsel of record via electronic mail using ECF:

        /s/*Christopher S. Nordloh*_____
        CHRISTOPHER S. NORDLOH