IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

|  |  |  |
|---|---|---|
| L. CRAIG KENDRICK,<br>ROBERT and JOHNNA DYAS,<br>DONALD and SUZANNE WILSON,<br>JASON and DIANNA YOUNG,<br>JOHN NICHOLAS,<br>MARTHA YUNKER, and<br>KARLA MCCULLOUGH,<br>                    Plaintiffs,<br><br>          v.<br><br>STATE FARM FIRE AND CASUALTY<br>INSURANCE CO.,<br>STATE FARM AUTO INSURANCE CO.,<br>NATIONWIDE MUTUAL INSURANCE<br>CO.,<br>OHIO CASUALTY INSURANCE CO.,<br>WEST AMERICAN INSURANCE CO.,<br>STANDARD FIRE INSURANCE CO.,<br>TRAVELERS INSURANCE CO., and<br>AMERICAN INTERNATIONAL SOUTH<br>INSURANCE CO.,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge David L. Bunning<br>Civil Action No.: 06-CV-141 |

**(PROPOSED) ORDER**

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Class Certification is GRANTED. The Court, therefore, and pursuant to Federal Rule of Civil Procedure 23, certifies the following Class and Subclasses:

> Class: All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by State Farm Fire And Casualty Insurance Co., State Farm Auto Insurance Co., Nationwide Mutual Insurance Co., Ohio Casualty Insurance Co., West American Insurance Co., Standard Fire Insurance Co., Travelers Insurance Co., and American International South Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their

payment of premiums which were either not owed, or were at rates higher than permitted.

**A.** <u>State Farm Fire And Casualty Insurance Co. Subclass</u>: All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by State Farm Fire And Casualty Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

**B.** <u>State Farm Auto Insurance Co. Subclass:</u> All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by State Farm Auto Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

**C.** <u>Nationwide Mutual Insurance Co. Subclass:</u> All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by Nationwide Mutual Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

**D.** <u>Ohio Casualty Insurance Co. Subclass</u>: All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by Ohio Casualty Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

**E.** <u>West American Insurance Co. Subclass</u>: All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by West American Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

**F.** <u>Standard Fire Insurance Co. Subclass</u>: All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by Standard Fire Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

**G.** <u>Travelers Insurance Co. Subclass</u>: All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by Travelers Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

**H.** <u>American International South Insurance Co. Subclass</u>: All persons in the Commonwealth of Kentucky who purchased insurance from or underwritten by American International South Insurance Co. during the Relevant Time Period (June 16, 2001, through the present) and who were charged local government taxes on their payment of premiums which were either not owed, or were at rates higher than permitted.

Excluded from the Class and Subclasses are: (a) any Judge or Magistrate presiding over this action and members of their families; (b) Defendants and any entity in which Defendants have a controlling interest or which have a controlling interest in Defendants and their legal representatives, assigns and successors; and (c) all persons who properly execute and file a timely request for exclusion from the Class.

DATED: _____, 2008

_____
Hon. David L. Bunning
United States District Court Judge