$18.13
7.83
USD

# Fed

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-623-52986 | Apr 02, 2008 | 0432-0407-6 | 13 of 15 |

**Picked up:** Mar 28, 2008    **Cust. Ref.:** 64076-79    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge FedEx has applied a fuel surcharge of 18.50% to this shipment
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 792673668325 | MARK A. JOHNSON, ESQ | Chris Nordloh |
| Service Type | FedEx Standard Overnight | BAKER & HOSTETLER LLP | Nordloh Law Office PLLC |
| Package Type | FedEx Envelope | SUITE 2100 | 28 W 5TH ST |
| Zone | 02 | COLUMBUS OH 43215-4260 US | COVINGTON KY 41011 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Mar 31, 2008 12:20 | | |
| Svc Area | A1 | Transportation Charge | 13.25 |
| Signed by | R.ELDRIDGE | Fuel Surcharge | 2.45 |
| FedEx Use | 000000000/0000200/ | **Total Charge**    USD | **$15.70** |