Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512



LEXINGTON KY
18 AUG 2010 PM 3 L

United States District Court
Eastern District of Kentucky
Clerk of Court
P.O. Box 3074
Lexington, Kentucky 40588-3074

4058833074